IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, California 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, ANDREW SCOTT GOLDSMITH,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDREW SCOTT GOLDSMITH, | ) Case No.: CV 20-6309 RAO |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING EAJA FEES AND COSTS |
| vs. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendants. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SEVEN THOUSAND DOLLARS ($7,000.00) for all legal services rendered by Plaintiff's attorney in this civil action under 28 U.S.C. §2412(d) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) under 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: April 27, 2022

_____
ROZELLA A. OLIVER
U.S. MAGISTRATE JUDGE